FILED
2024 OCT 3 AM 9:28
CLERK
U.S. DISTRICT COURT

Ryan-Robert: Walz
c/o 1285 North Canyon Creek Parkway #1010
Spanish Fork, Utah 84660

## UNITED STATES DISTRICT COURT, UTAH DIVISION

| | |
|---|---|
| **RYAN ROBERT WALZ**, an Individual,<br>Plaintiff,<br>vs.<br><br>**HALLIDAY WATKINS & MANN P.C.**,<br>a corporation, Defendant<br>**JESSICA OLIVERI**, an Individual,<br>Defendant | Case 2:24-cv-00724-JCB |

### MOTION FOR STAY OF TRUSTEE SALE AND REQUEST FOR TEMPORARY RESTRAINING ORDER

United States District Court, The Defendants have scheduled and seemingly intend to hold a Trustee Sale on the properties in question. I have requested validation and understanding from the Defendants who they are and what role they are playing in the matter and have not received any response. The Defendants are proceeding to act knowing of my dispute. I request the court order a Stay on their actions until the matter can be resolved.

**CERTIFICATE OF SERVICE**

  I certify that on the 24th day of September 2024, I caused the foregoing OPPOSITION TO MOTION TO DISMISS to be served by the court's electronic filing system, which will send a notice of electronic filing to Defendants:  HALLIDAY WATKINS & MANN P.C., JESSICA OLIVERI    /s/ Ryan-Robert: Walz

    Ryan-Robert: Walz