AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

| | |
|---|---|
| Ryan Robert Walz, | |
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| Jessica Oliveri and Halliday Watkins & Mann, P.C., | Case Number: 2:24-cv-00724-HCN-JCB |
| Defendants. | |

IT IS ORDERED AND ADJUDGED

That this action is dismissed without prejudice for lack of subject-matter jurisdiction.

November 13, 2024                    BY THE COURT:

*Date*

_____
Howard C. Nielson, Jr.
United States District Judge